DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Allen<br><br>Case below:<br>Stokes County<br>Superior Court | No. 374P03 | 1. Def's Motion for Temporary Stay | 1. Allowed<br>**7/24/03**<br>Stay dissolved<br>**08/21/03** |
| | | 2. Def's Petition for Writ of Supersedeas | 2. Denied |
| | | 3. Def's PWC to Review Order of Superior Court | 3. Denied |
| | | 4. AG's Motion for Extension of Time to File State's Responses to Def's PWC and Petition for Writ of Supersedeas | 4. Allowed<br>**7/30/03** |
| State v. Amerson<br><br>Case below:<br>158 N.C. App. 543 | No. 382P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-375) | 1. —— |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. AG's Motion to Dismiss Appeal | 3. Allowed |
| State v. Barlowe<br><br>Case below:<br>157 N.C. App. 249 | No. 230P03 | 1. AG's Motion for Temporary Stay (COA02-579) | 1. Allowed pending determination of the State's PDR<br>**05/09/03**<br>Stay dissolved<br>**08/21/03** |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| State v. Batchelor<br><br>Case below:<br>157 N.C. App. 421 | No. 295P03 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA02-484) | 1. Denied |
| | | 2. AG's Motion to Dismiss Appeal | 2. Dismissed as Moot |
| State v. Bennett<br><br>Case below:<br>157 N.C. App. 717 | No. 331P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-572) | Denied |
| State v. Bilal<br><br>Case below:<br>154 N.C. App. 521 | No. 292P03 | 1. Def's PWC to Review the Decision of the COA (COA02-182) | 1. Denied |
| | | 2. AG's Motion to Dismiss PDR (treated as PWC-D) | 2. Dismissed as Moot |
| State v. Blackburn<br><br>Case below:<br>157 N.C. App. 573 | No. 302P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-489) | 1. —— |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. AG's Motion to Dismiss Appeal | 3. Allowed |